# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>vs.<br><br>DAVID R. KEITH,<br><br>      Defendant. | 18-PO-05225-JTJ<br><br>VIOLATION:<br>6563804<br>Location Code: M13<br><br>ORDER |

Based upon the unopposed motion of the United States and for good cause appearing,

IT IS HEREBY ORDERED that the defendant shall pay a fine amount of $40 and a $30 processing fee for violation 6563804, for a total fine amount of $70. The total fine amount will be paid in full on or before March 31, 2019. Payment(s) should be mailed to the following address:

    Central Violations Bureau
    P.O. Box 71363
    Philadelphia, PA 19176-1363

The check(s) should be made out to the U.S. Courts - CVB. Defendant may also pay online at www.cvb.uscourts.gov.

IT IS FURTHER ORDERED that the initial appearance in the above captioned matter, currently scheduled for February 7, 2019, is VACATED.

DATED this 31st day of January, 2019.

_____
John Johnston
United States Magistrate Judge

2